UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD J. CLOVER, | ) |
|        Plaintiff, | ) |
| v. | ) No. 4:07CV574-DJS |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
|        Defendant. | ) |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on August 4, 2008, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #16] is accepted and adopted.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is reversed and this cause is remanded to the Commissioner for further consideration.

Dated this  19th  day of August, 2008.

                                          /s/Donald J. Stohr
                                          UNITED STATES DISTRICT JUDGE